JACOB KLADY *v.* ROBERT F. McGUIRE.

No appeal will lie from a demand for three hundred dollars, with interest from judicial demand.

THE defendant was sued before the District Court for the parish of Ouachita, *King,* J., for three hundred dollars, an amount received by him for the plaintiff from the treasurer of the State, as the compensation allowed by law for a negro slave belonging to plaintiff executed for a criminal offence, and for 'interest and costs of suit.' No period was mentioned from which interest was claimed. An exception by defendant that according to the allegations of the plaintiff he acted as his agent, and that the only action which could be brought by a principal against his agent was one for an account, was overruled; and he answered by a general denial, and further pleaded in compensation and reconvention claims to the amount of four hundred and eighty-two dollars, seventy-five cents, with interest. There was judgment of nonsuit, and the plaintiff appealed.

*Copley* and *Downs,* for the plaintiff.

Defendant, *in propria persona.*

MORPHY, J. The defendant and appellee moves to dismiss this appeal on the ground that this court has no jurisdiction, the amount in controversy not exceeding three hundred dollars.

The demand is for a sum of three hundred dollars alleged to have been received by defendant from the State treasurer for the account of plaintiff as the compensation for a slave of his executed for a criminal offence committed in the parish of Ouachita, and the petition prays for interest and costs; this claim is resisted by defendant, who denies the allegations of the petition, and sets up divers claims in reconvention.

It is clear that the plaintiff's demand was unliquidated, and that therefore no interest had accrued on it either before or since the inception of the suit. Code of Pr., art. 554.

*Appeal dismissed.*

No appeal will lie from a demand which does not exceed three hundred dollars at the institution of the suit.

*Copley*, for a re-hearing, urged that art. 554 of the Code of Practice had been repealed by the act of 20th March, 1839, sec. 15, p. 168; that according to art. 2984 of the Civil Code he was liable for interest on the amount claimed from the time when he was requested to pay it over; and that the interest thus due would give jurisdiction to the court. I Mart. N. S., 138; 4 ib., 483; 5 ib., 88, 145, 185; 6 ib., 647; 8 ib., 122; 2 La., 439; 3 ib., 476; 6 ib., 323; 11 ib., 462. He contended that the plaintiff having moved to amend the judgment so as to make it final, as to the matters pleaded in compensation and reconvention, which exceeded three hundred dollars, that this alone would give jurisdiction to the court.

MORPHY, J. In this case a re-hearing is prayed for on the ground that the decision of the court is based on article 554 of the Code of Practice, which has been repealed by act of the general assembly passed on the 20th of March, 1839. This enactment was overlooked by us in drawing up the opinion, but even had it been brought to our notice, it could not have varied the conclusion to which we arrived in relation to the question of jurisdiction. The demand was one *not exceeding* three hundred dollars at the institution of the suit; no appeal could therefore lie. Civ. Code, art. 1932.

*Re-hearing refused.*